AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Pamela J. Haas

Case Number:     CR 06-100-2 (SLR)

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place | Room |
| **J. Caleb Boggs Federal Building** | **Magistrate Ctrm # 6C, 6th Floor** |
| **844 North King Street** | |
| **Wilmington, Delaware 19801** | Date and Time |
| Before:     Honorable Mary Pat Thynge, U.S. Magistrate Judge | September 26, 2006 at 1:00 P.M. |

** Please report to the U.S, Marshal's office Rm #100 by NOON

To answer a(n)
X Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 371 (641 & 642) _____

Brief description of offense:

CONSPIRACY TO CONVERT U.S. GOVERNMENT FUNDS TO PERSONAL USE IN and
BANKRUPTCY FRAUD

FILED

SEP 2 7 2006

U.S. DISTRICT COURT
DISTRICT C. DELAWARE

Evette Watson, Deputy Clerk
Signature of Issuing Officer

September 15, 2005 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *def. appeared for court*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-26-06
          Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at

OFFICIA

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Del (Endorsem | |

Pamela J. Haas

City,

PS Form     June 2002     See Reverse for Instructions