IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-100-SLR |
| ) | |
| CANDY HAAS and PAMELA HAAS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 30th day of October, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, November 6, 2006** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge