IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-100-SLR |
| | ) | |
| CANDY HAAS and PAMELA HAAS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 6th day of November, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Friday, December 1, 2006** at **10:00 a.m.**, with the court initiating said call.

_____
United States District Judge