IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-100-SLR |
| | ) |
| CANDY HAAS and PAMELA HAAS, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 21st day of November, 2006,

IT IS ORDERED that the telephonic status conference scheduled for **Friday, December 1, 2006** is **cancelled** and **rescheduled** to commence on **Monday, December 11, 2006** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge