IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                ) | |
|        Plaintiff,    ) | |
|                                ) | |
|   v.                           ) | Crim. No. 06-100-SLR |
|                                ) | |
| PAMELA HAAS,                ) | |
|                                ) | |
|        Defendant.    ) | |

O R D E R

At Wilmington this 8th day of December, 2006, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Monday, December 11, 2006** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **December 11, 2006** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                            /s/ Sue L. Robinson
                                     United States District Judge