IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-100-SLR ) |
| CANDY JEAN HAAS and<br>PAMELA J. HAAS, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 21st day of March, 2007,

IT IS ORDERED that the sentencing hearing scheduled for **March 27, 2007** at **8:30 a.m.** has been **rescheduled** to commence at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge