*Filed In Open Court*
*3-27-07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-100-02-SLR |
| PAMELA J. HAAS, | : |
| Defendant. | : |

### MOTION TO DISMISS

Comes now the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss Count 3 of the Indictment in the above-captioned case, returned by the Grand Jury for the District of Delaware on September 5, 2006, pursuant to the Memorandum of Plea Agreement dated December 8, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: March 27, 2007

* * * * * * * * *

SO ORDERED, this _27th_ day of March, 2007.

_____
THE HONORABLE SUE L. ROBINSON
Chief Judge
United States District Court