

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
CLEVELAND
1240 EAST NINTH STREET
CLEVELAND, OH 44199

DATE: 3-8-07

Dear Sir/Madam:

The enclosed check(s) is/are forwarded to you for action. The check(s) has/have been returned for the following reason(s) indicated.

The payee name does not agree with the social security number (SSN) and/or DFAS cannot locate the payee through our system. _____

We cannot clearly ascertain the reason for the remittance(s) and are unable to apply credit to the appropriation account(s). _____

The check(s) should have mailed directly to your organization, however it was inadvertently mailed to DFAS. _____

The full name(s) and SSN(s) of the employee/service member is required to process the remittance(s). _____

The enclosed check is stale and/or have passed the void period. A new check should be reissued. _____

We cannot accept cash as payment. Remit payment in the form of a personal, cashier, company, bank draft or money order. _____

The enclosed check(s) is/are not made payable to the Defense Finance and Accounting Service (DFAS) or United States Treasury. _____

OTHER: *Please note total amount due is only $7,037.16*

For questions and concerns please call: COMM (216) 522-6129 or DSN: 580-6129
All payments and/or correspondence should be forwarded to the following address:

Defense Finance & Accounting Service
Cleveland Center, Code: ATLOC
~~1240 East 9th Street~~ P.O. Box 998017
Cleveland, Oh 44199-2055

*Tina Shriver*
Disbursing Technician /Phone #

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

www.dfas.mil